JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>KEN REAL ESTATE LEASE LTD. d/b/a ANAHEIM MAJESTIC GARDEN HOTEL, a Japanese corporation; and DOES 1 to 10. inclusive,<br><br>Defendants. | Case No. 2:21-cv-05950-FLA (MAAx)<br><br>**ORDER DISMISSING ACTION AND DEEMING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT KEN REAL ESTATE LEASE, LTD. TO RESPOND TO INITIAL COMPLAINT MOOT (DKT. [16])**<br><br>Complaint served:       Aug. 13, 2021<br>Initial Response Date:  Sep. 3, 2021<br>Current Response Date: Oct. 1, 2021<br>New Response Date:     Oct. 8, 2021 |

On October 5, 2021, Plaintiff Crystal Redick ("Redick" or "Plaintiff") filed a Notice of Settlement ("Notice"), stating that her claims settled on an individual basis. Dkt. 21. Having read and considered the Notice, the court orders the action DISMISSED without prejudice. The parties' Second Joint Stipulation to Extend Time for Defendant Ken Real Estate Lease, LTD. to Respond to Initial Complaint ("Stipulation") is DENIED as MOOT.

The court retains jurisdiction to vacate this Order and to reopen the action within 30 days from the date of this Order, provided any request by a party to do so

1

shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.  This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

Dated: October 7, 2021

_____
FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE